Amelia Thompson, appellee, v. Chicago, Rock Island & Pacific Railway Company and Director General of Railroads, appellants. Gen. No. 6,942.

Action for damages for being ejected from a train on the ground of intoxication. Verdict and judgment for plaintiff. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the April term, 1921. Reversed with finding of facts. Opinion filed February 23, 1922.

Daniel Taylor and Russell O. Hanson, for appellants. Thomas N. Haskins, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

John O'Connor, appellee, v. Edward C. Hall, appellant. Gen. No. 6,946.

Action in forcible entry and detainer for possession of premises rented to defendant. Judgment for plaintiff. Appeal from the Circuit Court of Will county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed February 23, 1922.

Garnsey, Wood & Lennon, for appellant; Edward C. Hall, pro se, of counsel. Donovan & Bray for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Andrew Salata, appellee, v. Uhro Russian St. Mary's Greek Catholic Church of Joliet, appellant. Gen. No. 6,940.

Assumpsit for painting of a picture and furnishing a frame and marblizing four pillars in a church. Judgment for plaintiff. Appeal from the County Court of Will county; the Hon. George J. Cowing, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed February 23, 1922.

Faulkner & Faulkner, for appellant. J. W. D'Arcy, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Frank Dushane, appellee, v. City of Ottawa, appellant. Gen. No. 6,954.

Action for damages caused by the flooding of a house and barn of which plaintiff was tenant. Judgment for plaintiff. Appeal from the Circuit Court of La Salle county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed February 23, 1922.

James J. Conway, for appellant; H. L. Richolson, of counsel. L. O. Browne and Butters & Clark, for appellee.

Mr. Justice Partlow delivered the opinion of the court.